```
                    DISCIPLINARY RECORDS DATE: 10/27/21   SENTENCE : 8888 88 88
                                         TIME: 09:16:29   FLAT TIME: 0000 00 00
TDC NO: 00000993 NAME: BUNTION,CARL WAYNE                 GOOD TIME: 0000 00 00
RACE: W  SEX: M     STATUS:           CUSTODY:            WORK TIME: 0000 00 00
EA SCORE:   NONE    PRIMARY LANGUAGE: ENGLISH             BONUS TIME: 0000 00 00
IQ:       CF SCORE:      DDP CODE:     PRIOR DISC:        TOTAL TIME: 0000 00 00
                                                          TOTAL TIME LOST: 00000 DAYS
 OFF     HEAR    REPORT       OFF                         **********PENALTY(S)***********
 DATE    DATE    NUMBER       CODE DESCRIPTORS    LVL     REP/SOL/CLASS/TIME/XD/CR/PR/CV
 010999  011599  19990138401  21.0 FT IN           2      MM G                       015
 092097  101097  19980031931  24.0                 2      MA G                 15
 051396  051696  19960281903  16.0                 2      MI G X




                                                   END OF DATA



NEXT TRANS CODE: 06 AND/OR TDCNO _____
                    AND/OR SIDNO _____
F1-HELP F3-MAIN MENU   PF5-HIST PF6-SELECT   F7/F8-UP/DOWN   F10-MAX UP   PF12-OT00
```

# TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 990138401   TDCJ NO.: 000993   NAME: BUNTION, CARL WAYNE   EA:
UNIT: E   HSNG: H-17-3-11   JOB: AM D/R GARMENT, MACH OPERATOR   IQ: 000
CLASS:   CUST: DW   PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS: NO
GRADE: MA / DAT   OFF.DATE: 01/09/99   03:30 PM   LOCATION: E INMATE DINING ROOM
TYPE: ID

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT THE H17 CHOWLINE, OFFENDER: BUNTION, CARL WAYNE, TDCJ-ID NO. 00000993, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH INMATE JOSE MARTINEZ, TDCJ NO. 999219 BY STRIKING INMATE MARTINEZ SEVERAL TIMES IN THE FACE WITH CLOSED FIST.

CHARGING OFFICER: HEATHERLY, H.   SHIFT/CARD: 2 A

### OFFENDER NOTIFICATION — IF APPLICABLE INTERPRETER,

TIME & DATE NOTIFIED: 0831  1/13/99  BY:(PRINT) JETER

YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. DO YOU WANT TO ATTEND THE HEARING? (YES) NO  IF NO, HOW DO YOU PLEAD? GUILTY  NOT GUILTY

OFFENDER NOTIFICATION SIGNATURE: X Carl Buntion   DATE:

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

OFFENDER WAIVER SIGNATURE: X   DATE:

### HEARING INFORMATION

HEARING DATE: 1/15/99   TIME: 2:55 pm   TAPE#: 99018   SIDE#: A   START#: 265   END#: 573
TAPE#:   SIDE#:   START#:   END#:

EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF HEARING, (2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE                       ).

6) Denied based on relevance to issues at hand.

OFFENSE CODES: 21.0
OFFENDER PLEA: (G, NG, NONE)  Not Guilty
FINDINGS: (G, NG, DS)  Guilty
REDUCED TO MINOR (PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)___

IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A) ADMISSION OF GUILT, B) OFFICER'S REPORT, C) WITNESS TESTIMONY, D) OTHER, EXPLAIN IN DETAIL: B) AB rpt (testimony at hearing) D) Incident Data form information.

### PUNISHMENT

LOSS OF PRIV(DAYS) ___   REPRIMAND.............. ___   SOLITARY(DAYS).......
*RECREATION(DAYS) 15   EXTRA DUTY(HOURS)....... ___   REMAIN LINE 3.......
*COMMISSARY(DAYS) 15   CONT.VISIT SUSP THRU _/_/_   REDUC.CLASS FROM ___ TO ___
*PROPERTY(DAYS)...      CELL RESTR(DAYS)........ ___   GOOD TIME LOST(DAYS)...
*_____(DAYS)..___     SPECIAL CELL RESTR(DAYS). ___   DAMAGES.........$

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
No UV at code 21. Ofdr was victim. To modify behavior.

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ___ NO / NA
DATE PLACED IN PRE-HEARING DETENTION:   HEARING LENGTH 30 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: X Carl Buntion
Capt. Wedgworth
HEARING OFFICER (PRINT)   WARDEN   STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

TDCJ-11 DISCIPLINARY REPORT AND HEARING RECORD

CASE: 980031931  TDCJ-ID#: 000993  NAME: BUNTION,CARL WAYNE                                    EA:
UNIT: E    HSNG: J-21-3  06         JOB: DEATHROW                                                IQ: 000
CLASS:      CUST: DW  PRIMARY LANGUAGE: ENGLISH               MHMR RESTRICTIONS: YES / NO
GRADE: MA / CSS  OFF.DATE: 09/20/97  09:15 PM  LOCATION: E VISITATION AREA

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT VISITATION ROOM, INMATE BUNTION,CARL WAYNE, TDCJ-ID NO. 000993, DID CREATE A DISTURBANCE BY FORCING MYSELF, OFFICER DEAN TO CALL A SGT TO MAKE SAID INMATE STRIP SO HE COULD BE SEARCHED. DID REFUSE TO BE STRIPPED SEARCHED WHEN ORDERED BY MYSELF OFFICER DEAN.

CHARGING OFFICER: DEAN, J.                                 SHIFT/CARD: 2 F

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0900  9/30/97  BY:(PRINT) Jeter
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE.  INMATE NOTIFICATION SIGNATURE: X Carl Buntion   DATE: 9-30-97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____   DATE: _____

### HEARING INFORMATION

HEARING DATE: 10-10-97  TIME: 2:15 P.M.  TAPE# 98006  SIDE# A  START# 576  END# 582
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND (6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING. 6) Questions not relevant to hearing / witness statements

| OFFENSE CODES: | 23.0 | 24.0 | | | |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | NG | NG | | | |
| FINDINGS: (G, NG, DS) | NG | G | | | |

REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___     BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: D) officers testimony

HEARING LENGTH: 20 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____     REPRIMAND.............. ____     SOLITARY(DAYS)....... ____
 *RECREATION(DAYS)____     EXTRA DUTY(HOURS)...... ____     REMAIN LINE 3........ ____
 *COMMISSARY(DAYS)____     CONT.VISIT SUSP THRU __/__/__    REDUC.CLASS FROM ___ TO ___
 *PROPERTY(DAYS)..____     CELL RESTR(DAYS)....... 15       GOOD TIME LOST(DAYS)____
 *_____(DAYS)..____    SPECIAL CELL RESTR(DAYS)____    DAMAGES..............$____

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: No history of code 1 past 180 days

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____   NO / NA
DATE PLACED IN PRE-HEARING DETENTION: ____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: handcuffed
C.T. SPIVEY                 R.T. Parker
HEARING OFFICER (PRINT)   WARDEN                             STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

```
CASE: 960281903  TDCJ-ID#: 000993  NAME: BUNTION,CARL WAYNE                    EA:
UNIT: E     HSNG: H-17-3  08       JOB: AM D/R GARMENT                         IQ: 000
CLASS:      CUST: DW  PRIMARY LANGUAGE: ENGLISH              MHMR RESTRICTIONS: YES/NO
GRADE: MI / EWB  OFF.DATE: 05/13/96  08:00 AM  LOCATION: E H 17 THREE ROW
```

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT H-17 3 ROW 7 CELL, INMATE BUNTION,CARL WAYNE, TDCJ-ID NO. 000993, DID POSSESS CONTRABAND, NAMELY, 2 TOWELLS, 4 SHORTS, WHICH IS IN EXCESS OF THE AMOUNT AUTHORIZED, 1 SHIRT, 1 PANTS, 1 SHORT, 1 PAIR SOCKS, 2 SHEETS, 1 PILLOW CASE, & 1 CELL TOWELL OR WHICH WAS STORED IN AN UNAUTHROIZED MANNER NAMELY STORED IN HIS CELL.

CHARGING OFFICER: HURD, D.                              SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 5:25   5-16-96   BY:(PRINT) C. Limbrick

YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMTENT AND MAKE A VERBAL STATEMENT.

INMATE NOTIFICATION SIGNATURE: x Carl Buntion                DATE: 5-16-96

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: x Carl Buntion                      DATE: 5-16-96

### HEARING INFORMATION

HEARING DATE: 5-16-96  TIME: 1727
INMATE STATEMENT: None

```
OFFENSE CODES:                    | 16.0 |      |      |      |
INMATE PLEA: (G, NG, NONE)        |  G   |      |      |      |
FINDINGS:    (G, NG, DS)          |  G   |      |      |      |
```

### PUNISHMENT

```
LOSS OF PRIV(DAYS) ____     REPRIMAND................ X
 *RECREATION(DAYS) ____     EXTRA DUTY(HOURS)........ ____
 *COMMISSARY(DAYS) ____     CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS).. ____     CELL RESTR(DAYS)......... ____
 *_____(DAYS).. ____
```

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: x Carl Buntion

R. Jackson
HEARING OFFICER(PRINT)                                 WARDEN

(FORM I-47MI) CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA