# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:14 PM

POLUNSKY (TL)

Patient Name: BUNTION, CARL W
MRN: 993

==================================================================
SCR NURSING S/C SCHEDULED (ATC 7 & 8)
Entered On: 05/20/2017 07:52:18
Entered By: HILZENDAGER, BOBBI L.V.N.

scr 5/19/17 back, hip, left leg pain, diff walking, need wheelchair

---

Offender seen cell side.  Offender states he has already been seen by PA Reilley for these issues on 5/16/2017.  He indicates issues resolved and does not need to be seen again. Sick Call Resolved.

DOB: 03/30/1940   SSN: 000001026

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:14 PM



## OFFENDER MEDICAL PASS

**Name:** BUNTION, CARL W     **TDCJ#:** 993   **Facility:** POLUNSKY (TL)  **Date:** 05/16/2017 12:51
**Age:** 77 year **Race:** W **Sex:** male

**Ordered by:**    P. REILLEY MS PA

**PASS FOR TRANSPORT WITHIN UNIT VIA WHEELCHAIR**

*EXPIRES 9/1/17*

Electronically Signed by REILLEY, PAUL K. PA on 05/16/2017.
##And No Others##.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: BUNTION, CARL W        Date: 12/21/2020 11:03
TDCJ#:993                            Facility: POLUNSKY (TL)

Age: 80 year    DOB: 03/30/1940    Sex: male    Race: WHITE    DOI: 3/6/1991
**Most recent vitals from 12/9/2020:**

| BP: 186 / 83 (Sitting) | Weight: 170 Lbs. | Height: 72 In. | BMI: 23 (% Diff: -4.17) |
|---|---|---|---|
| Pulse: 78 (Sitting) | Resp: 16 / min | Temp: | O2 Sat: 99% RA |

**Allergies:** PENICILLINS, OPIOID ANALGESICS

**Current Medications:**

**CARVEDILOL 6.25MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 12/04/2021 10:17:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 12/15/2020 09:56:07AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 3/09/2021 10:24:00AM
REFILLS: 0 / 2
LAST DATE GIVEN KOP: 12/11/2020 10:54:04AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**LISINOPRIL 40MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 12/04/2021 10:22:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 12/11/2020 10:53:47AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 12/04/2021 10:19:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 12/11/2020 10:53:36AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**VERAPAMIL 240MG SR TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 12/04/2021 10:16:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 12/11/2020 10:53:54AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MD/MLP-CHART REVIEW | 12/21/2020 06:58 | 12/21/2020 11:03 | SCR 12/18/20 - renew Handcuff pass and handicap shower pass |

Please send copy of medical passes to patient.

Electronically Signed by MONTGOMERY, LAURIE J. NP on 12/21/2020.
##And No Others##

Chart Exprt for: BUNTION,CARL W        DOB: 03/30/1940    SSN: 000001026

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: BUNTION, CARL W
TDCJ#:993

Date: 12/09/2020 10:06
Facility: POLUNSKY (TL)

Age: 80 year   DOB: 03/30/1940   Sex: male   Race: WHITE   DOI: 3/6/1991

| Patient Language: ENGLISH | |
|---|---|
| Most recent vitals from 12/9/2020: | |

| BP: 186 / 83 (Sitting) | Weight: 170 Lbs. | Height: 72 In. | BMI: 23 (% Diff: -4.17) |
|---|---|---|---|
| Pulse: 78 (Sitting) | Resp: 16 / min | Temp: | O2 Sat: 99% RA |

| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
|---|---|---|---|
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |

**Allergies:** PENICILLINS, OPIOID ANALGESICS

### Current Medications:

**CARVEDILOL 6.25MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 12/12/2020 01:31:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 11/15/2020 08:57:00AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**LISINOPRIL 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 12/12/2020 01:32:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 11/15/2020 08:57:04AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 12/12/2020 01:31:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 11/15/2020 08:57:08AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

**VERAPAMIL 240MG SR TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 12/12/2020 01:31:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 11/15/2020 08:57:11AM
ORDERING PROVIDER: REILLEY, PAUL K
ORDERING FACILITY: POLUNSKY (TL)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

### Chronic Clinic (select all applicable):

| | Asthma/COPD | CAD | CHF | ESLD | Active Hepatitis B | x | HCV | | HIV | x | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| x | Hyperlipidemia | IDDM | NIDDM | Active TB | Seizure | | Close Monitoring | | | | |
| | Miscellaneous: | | | | | | | | | | |

### Compliance:
**Medication:** ____ % KOP
**Diet:** ____ % DFH
**Exercise:** ____ % limited

### Subjective:
Here for CCC HTN, HCV, and hyperlipidemia. He reports smoking for 40+ years, quit about 25 years ago. Denies SOB or DOE.

### Objective:

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: BUNTION, CARL W                     Date:  12/09/2020 10:06
TDCJ#:993                                          Facility:  POLUNSKY (TL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/9/2020 09:45AM | 186/83 (SI) | 78 (SI) | 16 | 170 LB | 23 | 0.00 | 99 RA |
| 12/18/2019 02:31PM | 183/97 (SI) | 90 (SI) | 16 | | | 0.00 | RA |
| 12/18/2019 01:19PM | 218/104 (SI) | 92 (SI) | 16 | 175 LB | 24 | 98.3 (OR)  0.00 | RA |
| 7/16/2019 06:23AM | 173/86 (SI) | 78 (SI) | 16 | 173 LB  72 IN | 23 | 97.5 (OR)  0.00 | 96 RA |

REFUSED RECENT LABS DUE TO WRIST INJURY

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | |
| | Wheezes | Rhonchi | Left | Middle | Base | Apical | |
| | | | Right | Middle | Base | Apical | |
| | Other: | | | | | | |

Heart

| | | | |
|---|---|---|---|
| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
| | Other: | | |

Abdomen

| | | | |
|---|---|---|---|
| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| | |
|---|---|
| Liver span: | **NORMAL** |
| Other: | |

Extremities

| | |
|---|---|
| X | No clubbing cyanosis or edema |
| | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | X | N | | L | + |
| | Other: | | | | |

Vascular

| | | | | | | |
|---|---|---|---|---|---|---|
| X | Upper exts intact | X | Lower exts intact | | Carotids intact w/o bruit | Abdomen w/o bruit |
| | Other: | | | | | |

APRI score (if applicable):

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: BUNTION, CARL W
TDCJ#:993

Date:  12/09/2020 10:06
Facility:  POLUNSKY (TL)

**Assessment:**
HTN
HCV
HYPERLIPIDEMIA

**Plan:**
Labs ordered

Continue present medications

Add ibuprofen for sciatica and arthritis pain

Follow Up

| 30 days | 60 days | 90 days | PRN | x | OTHER: | 1 year |
|---|---|---|---|---|---|---|
| Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) ||||||||
| Schedule with Mental Health (if indicated by DMG or clinical presentation) |||||||

Diet:

| x | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | x | Diet for Health | | Other: | |
|---|---|---|---|---|---|---|

| | FOR | | DAYS |
|---|---|---|---|

| x | Diet Compliance: | |
|---|---|---|

Exercise:

| x | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| x | Limited physical activity due to medical restrictions |
| x | Exercise compliance: |

Medication:

| x | Medication compliance: |
|---|---|

Patient Education:

| x | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| x | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

Diet Counseling Performed:                     Yes

Review/Update TDCJ Restrictions/PULHES:

**Restrictions / PULHES Data:**
**12/09/2020 10:08 - REILLEY, PAUL K  PA Reviewed and Current No Changes Needed.**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: BUNTION, CARL W
TDCJ#:993

Date:   12/09/2020 10:06
Facility:  POLUNSKY (TL)

DISCHARGE PLANNING

Continuity of Care / Discharge Planning: (See Guidelines) Patient will  NOT  require continuity of care planning by TCOOMMI prior to discharge from TDCJ.

**Passes Data:**
**12/09/2020 10:09 - REILLEY, PAUL K  PA**

**Add - MOVEMENT / CELL RESTRICTIONS: Disability Shower  # of Days: 365 Exp. Date: 12/09/2021**
**Add - RESTRAINTS / OTHER: No Short Cuff Behind Back  # of Days: 365 Exp. Date: 12/09/2021**

### Procedures Ordered:

| Date Time | Description | Comments |
|---|---|---|
| 12/9/2020 10:13AM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | |
| 12/10/2020 10:13AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 12/10/2020 10:13AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 12/10/2020 10:13AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 12/10/2020 10:13AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 12/10/2020 10:13AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 12/10/2020 10:13AM | *ALPHA-FETOPROTEIN, SERUM [AFP, TUMOR MARKER]HPLEV2 | |
| 12/10/2020 10:13AM | *HEPATITIS C VIRUS ANTIBODY W/RFLX [HCV] BABYHPAHEPHVHPESLDIP0ELCRHIALBLEV2 | |
| 12/10/2020 10:13AM | *PROTHROMBIN TIME [PT] ESLDHPLEV2HEMUR | |

### Stopped Meds:

**CARVEDILOL 6.25MG TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 11 / 11

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:12/18/2019 13:31 PM
EXPIRATION DATE: 12/12/2020 13:31 PM

**LISINOPRIL 40MG TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 11 / 11

1 TABS ORAL DAILY for 30 Days KOP

START DATE:12/18/2019 13:32 PM
EXPIRATION DATE: 12/12/2020 13:32 PM

**PRAVASTATIN 20MG TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 11 / 11

1 TABS ORAL EVERY EVENING for 30 Days KOP

START DATE:12/18/2019 13:31 PM
EXPIRATION DATE: 12/12/2020 13:31 PM

**VERAPAMIL 240MG SR TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 11 / 11

1 TABS ORAL DAILY for 30 Days KOP

START DATE:12/18/2019 13:31 PM
EXPIRATION DATE: 12/12/2020 13:31 PM

### Started Meds:

**CARVEDILOL 6.25MG TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 0 / 11

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:12/09/2020 10:17 AM
EXPIRATION DATE: 12/04/2021 10:17 AM

**IBUPROFEN 800MG TABLET**
PROVIDER: REILLEY, PAUL K
REFILLS: 0 / 2

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:12/09/2020 10:24 AM
EXPIRATION DATE: 3/09/2021 10:24 AM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: BUNTION, CARL W
TDCJ#:993

Date: 12/09/2020 10:06
Facility: POLUNSKY (TL)

| | | |
|---|---|---|
| **LISINOPRIL 40MG TABLET**<br>PROVIDER: REILLEY, PAUL K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:12/09/2020 10:22 AM<br>EXPIRATION DATE: 12/04/2021 10:22 AM |
| **PRAVASTATIN 20MG TABLET**<br>PROVIDER: REILLEY, PAUL K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY EVENING for 30 Days KOP | START DATE:12/09/2020 10:19 AM<br>EXPIRATION DATE: 12/04/2021 10:19 AM |
| **VERAPAMIL 240MG SR TABLET**<br>PROVIDER: REILLEY, PAUL K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:12/09/2020 10:16 AM<br>EXPIRATION DATE: 12/04/2021 10:16 AM |

Electronically Signed by REILLEY, PAUL K. PA on 12/09/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: BUNTION, CARL W          Date:   01/08/2020 12:12
TDCJ#:993                              Facility:  POLUNSKY (TL)

Age: 79 year    DOB: 03/30/1940    Sex:  male     Race: WHITE   DOI: 3/6/1991
**Most recent vitals from 12/18/2019:**

| BP: 183 / 97 (Sitting) | Weight: | Height: 72 In. | BMI: |
|---|---|---|---|
| Pulse: 90 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:**  PENICILLINS, OPIOID ANALGESICS

**Current Medications:**

| | | |
|---|---|---|
| **CARVEDILOL 6.25MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 12/12/2020 01:31:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 12/22/2019 01:49:21PM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |
| **LISINOPRIL 40MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 12/12/2020 01:32:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 12/22/2019 01:49:40PM<br>ORDERING PROVIDER: REILLEY, PAUL K<br>ORDERING FACILITY: POLUNSKY (TL) |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 12/12/2020 01:31:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 12/22/2019 01:49:30PM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |
| **VERAPAMIL 240MG SR TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 12/12/2020 01:31:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 12/22/2019 01:50:20PM<br>ORDERING PROVIDER: REILLEY, PAUL K<br>ORDERING FACILITY: POLUNSKY (TL) |

SCR 12/17/19 needing chronic care medications refilled.  Was seen for CCC visit 12/18/19 and refills given.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 1/8/2020 12:13PM | MD/MLP-CHART REVIEW | ESSENTIAL (PRIMARY)<br>HYPERTENSION (HTN),<br>HYPERLIPIDEMIA,<br>UNSPECIFIED | | |

Electronically Signed by REILLEY, PAUL K. PA on 01/08/2020.
##And No Others##

84

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: BUNTION, CARL W      Date: 07/24/2018 11:11
TDCJ#:993      Facility: POLUNSKY (TL)

Age: 78      DOB: 03/30/1940      Sex: male      Race: WHITE      DOI: 3/6/1991
**Most recent vitals from 5/26/2018:**

| BP: 165 / 90 (Sitting) | Weight: 176 Lbs. | Height: 72 In. | BMI: 24 |
|---|---|---|---|
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.4 (Oral) | O2 Sat: 100% RA |

**Allergies:** PENICILLINS, OPIOID ANALGESICS

**Current Medications:**

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP      EXPIRATION DATE: 12/07/2018 01:10:00PM      LAST DATE GIVEN KOP: 07/10/2018 08:57:26AM
     REFILLS: 7 / 11      ORDERING PROVIDER: REILLEY, PAUL K
         ORDERING FACILITY: POLUNSKY (TL)

**CARVEDILOL 6.25MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP      EXPIRATION DATE: 12/07/2018 01:10:00PM      LAST DATE GIVEN KOP: 07/10/2018 08:57:19AM
     REFILLS: 7 / 11      ORDERING PROVIDER: REILLEY, PAUL K

         ORDERING FACILITY: POLUNSKY (TL)

**LISINOPRIL 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP      EXPIRATION DATE: 12/07/2018 01:10:00PM      LAST DATE GIVEN KOP: 07/10/2018 08:57:46AM
     REFILLS: 7 / 11      ORDERING PROVIDER: REILLEY, PAUL K
         ORDERING FACILITY: POLUNSKY (TL)

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP      EXPIRATION DATE: 12/07/2018 01:10:00PM      LAST DATE GIVEN KOP: 07/10/2018 08:57:32AM
     REFILLS: 7 / 11      ORDERING PROVIDER: REILLEY, PAUL K

         ORDERING FACILITY: POLUNSKY (TL)

**VERAPAMIL 240MG SR TABLET**
1 TABS ORAL DAILY for 30 Days KOP      EXPIRATION DATE: 12/07/2018 01:09:00PM      LAST DATE GIVEN KOP: 07/10/2018 08:57:39AM
     REFILLS: 7 / 11      ORDERING PROVIDER: REILLEY, PAUL K
         ORDERING FACILITY: POLUNSKY (TL)

Requesting renewal of double cuff pass.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 7/24/2018 11:12AM | MD/MLP-CHART REVIEW | OTHER AND UNSPECIFIED INJURIES OF WRIST, HAND AND FINGER(S) | | |

**Passes Data:**
**07/24/2018 11:12 - REILLEY, PAUL K  PA**

**Modify - Restraints / Other:** No Short Cuff Behind Back  # of Days: 365 Exp. Date: 07/24/2019  Comments: REAR DOUBLE CUFF

Electronically Signed by REILLEY, PAUL K. PA on 07/24/2018.
##And No Others##

95

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** BUNTION, CARL W  **TDCJ#:** 993  **Date:** 04/27/2017 15:52  **Facility:** POLUNSKY (TL)
**Age:** 77 year  **Race:** W  **Sex:** male
**Most recent vitals from 4/27/2017:** BP: 221 / 76 (Sitting) ; Wt: 180 Lbs.; Height: 72 In.; Pulse: 80 (Sitting) ; Resp: 20 / min; Temp: 98 (Oral)  BMI: 24~>; O2 Sat:
**DOI:** 3/6/1991
*CURRENT* PEAK FLOWS:  PF 1: ;  PF 2:  ;  PF 3:
*PRIOR* PEAK FLOWS:  PF1 : ; PF 2: ; PF 3:
**Allergies:** PENICILLINS, OPIOID ANALGESICS

| Patient Language: ENGLISH  Name of interpreter, if required: |
|---|

Current Medications:

| | | |
|---|---|---|
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 10/09/2017 10:45:00AM |
| **CARVEDILOL 6.25MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM<br>REFILLS: 5 / 11<br><br>EXPIRATION DATE: 11/05/2017 12:00:00PM |
| **LISINOPRIL 40MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 10/09/2017 10:46:00AM |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30<br>Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 10/09/2017 10:46:00AM |
| **VERAPAMIL 240MG SR TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 10/09/2017 10:45:00AM |

**Today's Problem:** LOW BACK PAIN
**4/27/2017**

| IS THIS VISIT THE RESULT OF A SCR? | X | YES |
|---|---|---|
| | | NO |

**S:** Sent over from 12 building due to severe low back pain.  He notes pain in the lower back with radiation down his left leg.  No bowel or bladder dysfunction.

**O:** BP elevated.  In mild distress secondary to pain.  In wheelchair.  NVI.  + SLR on left.

**A:** acute sciatica

**Plan is as follows:**

Procedures Ordered:

1 of 2

Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** BUNTION, CARL W   **TDCJ#:** 993   **Date:** 04/27/2017 15:52   **Facility:** POLUNSKY (TL)

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/27/2017 03:55PM | PROVIDER1-BRIEF OFFICE VISIT (F) | sciatica, unspecified side (back pain) | | |
| 4/27/2017 03:55PM | MD/MLP-INTRA ARTICULAR ASPIRATION/INJECTION | sciatica, unspecified side (back pain) | | |

Started Meds:

    IBUPROFEN 800MG TABLET   22934774      04/27/2017 15:56
        1 TABS ORAL BID  KOP
        FINAL EXP. DATE: 5/27/2017 03:56:00PM      REFILLS: 0      DURATION: 30 Days

    SOLU-MEDROL 125MG/2ML VIAL      22934772      04/27/2017 15:56
        125 MG INJECTION  ONCE
        FINAL EXP. DATE: 4/28/2017 03:56:00PM      REFILLS: 0      DURATION: 1 Days

Electronically Signed by REILLEY, PAUL K. PA on 04/27/2017.
##And No Others##

2 of 2

Chart Export for: BUNTION, CARL W          DOB: 03/30/1940   SSN: 000001026                    Page: 103

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** BUNTION, CARL W   **TDCJ#:** 993   **Date:** 09/15/2016 10:41   **Facility:** POLUNSKY (TL)
**Age:** 76 year   **Race:** W   **Sex:** male
**Most recent vitals from** 9/15/2016: BP: 186 / 100 (Sitting) ; Wt: 190 Lbs.; Height: 72 In.; Pulse: 78 (Sitting) ; Resp: 17 / min; Temp: 95.5 (Oral)  BMI: 26
**DOI:** 3/6/1991
*CURRENT* PEAK FLOWS: PF 1: ;  PF 2: ;  PF 3:
*PRIOR* PEAK FLOWS: PF1 : ; PF 2 : ; PF 3:
**Allergies:** PENICILLINS, OPIOID ANALGESICS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

Current Medications:

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

ORDERING FACILITY: POLUNSKY (TL)
ORDERING PROVIDER: RAMOS-GUTIERREZ, JOANNE L

LAST DATE GIVEN KOP: 09/13/2016 10:24:39PM
REFILLS: 11 / 11

EXPIRATION DATE: 10/14/2016 01:45:00PM

**LISINOPRIL 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

ORDERING FACILITY: POLUNSKY (TL)
ORDERING PROVIDER: RAMOS-GUTIERREZ, JOANNE L

LAST DATE GIVEN KOP: 09/13/2016 10:24:39PM
REFILLS: 11 / 11

EXPIRATION DATE: 10/14/2016 01:46:00PM

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP

ORDERING FACILITY: POLUNSKY (TL)
ORDERING PROVIDER: RAMOS-GUTIERREZ, JOANNE L

LAST DATE GIVEN KOP: 09/13/2016 10:24:39PM
REFILLS: 11 / 11

EXPIRATION DATE: 10/14/2016 01:46:00PM

**VERAPAMIL 240MG SR TABLET**
1 TABS ORAL DAILY for 30 Days KOP

ORDERING FACILITY: POLUNSKY (TL)
ORDERING PROVIDER: RAMOS-GUTIERREZ, JOANNE L

LAST DATE GIVEN KOP: 09/13/2016 10:24:39PM
REFILLS: 11 / 11

EXPIRATION DATE: 10/14/2016 01:45:00PM

**Today's Problem:**   NEEDS BOTTOM ROW RESTRICTION
9/15/2016

| IS THIS VISIT THE RESULT OF A SCR? | X | YES |
|---|---|---|
| | | NO |

S:  He reports being moved to a 2nd row cell.  He has a history of vertigo.

O:  BP elevated, afebrile.  NAD.  AOx4.  HEART:  RRR, no murmur.

A:  vertigo

**Plan is as follows:**
Discussed he has a permanent bottom row restriction.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 9/15/2016 | PROVIDER1-BRIEF OFFICE VISIT (F) | benign paroxysmal | | |

1 of 2

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** BUNTION, CARL W   **TDCJ#:** 993   **Date:** 09/15/2016 10:41   **Facility:** POLUNSKY (TL)

| | | | |
|---|---|---|---|
| 10:43AM | | vertigo | |
| 9/15/2016 | UPDATE PUHLES/RESTRICTIONS | benign paroxysmal | RESTRICTION II C #2. |
| 10:43AM | REQUEST/ORDER | vertigo | DURATION: PERMANENT |

Started Meds:

ASPIRIN EC 81MG TABLET        21712695        10/14/2016 10:45
1 TABS ORAL QD  KOP
FINAL EXP. DATE: 10/09/2017 10:45:00AM        REFILLS: 11        DURATION: 30 Days

LISINOPRIL 40MG TABLET   21712713        10/14/2016 10:46
1 TABS ORAL DAILY  KOP
FINAL EXP. DATE: 10/09/2017 10:46:00AM        REFILLS: 11        DURATION: 30 Days

PRAVASTATIN 20MG TABLET        21712706        10/14/2016 10:46
1 TABS ORAL QPM  KOP
FINAL EXP. DATE: 10/09/2017 10:46:00AM        REFILLS: 11        DURATION: 30 Days

VERAPAMIL 240MG SR TABLET        21712682        10/14/2016 10:45
1 TABS ORAL QD  KOP
FINAL EXP. DATE: 10/09/2017 10:45:00AM        REFILLS: 11        DURATION: 30 Days

Electronically Signed by REILLEY, PAUL K. PA on 09/15/2016.
##And No Others##

2 of 2

Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

## CORRECTIONAL MANAGED CARE
## MD/MLP CHART REVIEW

**Patient Name:** BUNTION, CARL W  **TDCJ#:** 993  **Date:** 12/17/2013 15:25  **Facility:** POLUNSKY (TL)
**Age:** 73 year  **Race:** W  **Sex:** male
**Most recent vitals from 5/28/2013:** BP: 115 / 66 (Sitting) ; Wt: ; Height: 72 In.; Pulse: 81 (Sitting) ; Resp: 16 / min; Temp: 98 (Oral)  BMI:

**Allergies:** PENICILLINS, OPIOID ANALGESICS

Current Medications:

| | | |
|---|---|---|
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP<br>TAKE WITH FOOD | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: JACKSON, DIANE E | LAST DATE GIVEN KOP: 11/20/2013 07:16:39PM<br>REFILLS: 9 / 11<br>EXPIRATION DATE: 3/21/2014 02:52:00PM |
| **ENALAPRIL MALEATE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: JACKSON, DIANE E | LAST DATE GIVEN KOP: 11/19/2013 08:47:18PM<br>REFILLS: 9 / 11<br>EXPIRATION DATE: 3/21/2014 02:53:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: JACKSON, DIANE E | LAST DATE GIVEN KOP: 11/19/2013 08:47:18PM<br>REFILLS: 9 / 11<br>EXPIRATION DATE: 3/21/2014 02:52:00PM |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days<br>KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: JACKSON, DIANE E | LAST DATE GIVEN KOP: 11/19/2013 08:47:18PM<br>REFILLS: 9 / 11<br><br>EXPIRATION DATE: 3/21/2014 02:53:00PM |
| **VERAPAMIL 240MG SR TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL)<br>ORDERING PROVIDER: JACKSON, DIANE E | LAST DATE GIVEN KOP: 11/19/2013 08:47:18PM<br>REFILLS: 9 / 11<br>EXPIRATION DATE: 3/21/2014 02:51:00PM |

CR for BP checks which were never completed
This visit was part of a grievance by the patient and his attorney
Part of my last note:
S:
Have had complaints in past regarding occasional dizziness
Also injured right wrist in past and his arm and wrist hurt when in single cuff
Also, when walking down the stairs while cuffed behind back with single cuff, he feels as though he might lose balance and fall
Requesting ground floor and double cuff pass

Being evaluated because he was referred to medical by Mr. Keller and third party (attorney)

1. Dizziness and aging:
   - BP checks to adjust meds as indicated
   - CR in one month for the same
   - DCP until March 20, 2014 when he should be re-evaluated with the others
   - Ground floor- HSM changes asap- for safety

These BP checks MUST be completed:

Reordered once a week for 4 weeks
CR in 4 weeks

147

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Monday, October 25, 2021 12:01:17 PM

### CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** BUNTION, CARL W  **TDCJ#:** 993  **Date:** 12/17/2013 15:25  **Facility:** POLUNSKY (TL)

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 12/17/2013 03:29PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB | hypertension (htn) | once a week for 4 weeks | |
| 12/17/2013 03:29PM | MD/MLP-CHART REVIEW | hypertension (htn) | | |

Electronically Signed by JACKSON, DIANE E. FNP on 12/17/2013.
Electronically Signed by ROGERS, TAMMIE P. L.V.N. on 12/18/2013.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:23:54 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Restrictive Housing Assessment

Patient Name: BUNTION, CARL W
TDCJ#:993

Date: 10/12/2021 14:09
Facility: POLUNSKY (TL)

Age: 81　　　DOB: 03/30/1940　　　Sex: Male　　　Race: WHITE　　　　DOI: 3/6/1991

**Patient Language:** ENGLISH

**Most recent vitals from 3/30/2021:**

| BP: 186 / 84 (Sitting) | Weight: 171 Lbs. | Height: 72 In. | BMI: 23 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 58 (Sitting) | Resp: 16 / min | Temp: | O2 Sat: |

**Allergies:** PENICILLINS, OPIOID ANALGESICS

**Current Medications:**

| | | |
|---|---|---|
| **CARVEDILOL 6.25MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 12/04/2021 10:17:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 10/06/2021 06:44:27AM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |
| **LISINOPRIL 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 12/04/2021 10:22:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 10/06/2021 06:44:37AM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 12/04/2021 10:19:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 10/06/2021 06:44:32AM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |
| **VERAPAMIL 240MG SR TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 12/04/2021 10:16:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 10/06/2021 06:44:23AM<br>ORDERING PROVIDER: REILLEY, PAUL K<br><br>ORDERING FACILITY: POLUNSKY (TL) |

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 05/23/1995 | UNKNOWN, UNKNOWN | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/12/2017 | REILLEY, PAUL K | Bunk Assignment Lower Only | | Cont. |
| 10/17/2013 | UNKNOWN, UNKNOWN | Row Assignment Ground Floor Only | | Cont. |
| 05/08/2012 | UNKNOWN, UNKNOWN | Work Assignment 18.  Do not Assign to Medical | | Cont. |

```
       P U L H E S
DES: 3   1 1 1 2 1
COD: C   A A A B A
MOD: P   - - P -
```

**Active Problems:**

**Chronic Care:**
　　Essential (primary) Hypertension (htn) First Observed 3/23/2012 02:53PM
　　Hyperlipidemia, Unspecified First Observed 10/20/2016 10:00AM
　　Chronic Viral Hepatitis C (hcv Rna Pos) First Observed 5/7/2020 08:45AM
　　Cirrhosis, Compensated First Observed 6/16/2021 01:10PM

MHS (10.2017)

Document 1-2 Filed on 4/06/23 in TXSD
Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:23:54 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Restrictive Housing Assessment**

Patient Name: BUNTION, CARL W
TDCJ#:993

Date:  10/12/2021 14:09
Facility:  POLUNSKY (TL)

**Icn:**
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 3/8/1991 01:16PM

**Mental Health:**
No Current Mental Health Needs First Observed 7/30/2005 09:28AM

**Not Specified:**
Visual Loss, Unspecified First Observed 3/6/1991 01:19PM
Transient Alteration Of Awareness (consciousness) First Observed 7/26/2013 02:23PM
Periarthritis Of Wrist First Observed 4/2/2016 03:49PM
Other And Unspecified Injuries Of Wrist, Hand And Finger(s) First Observed 4/2/2016 03:50PM
Benign Paroxysmal Vertigo First Observed 9/15/2016 10:43AM
Medical Exam W/o Abnormal Findings, For General Adult First Observed 4/18/2019 08:56AM

MH RESTRICTIVE HOUSING ASSESSMENT

Visit information:
Type of visit:      90-day assessment
Seen this date at (time):      10:00
Patient reported:
Pt was seen cell side. Pt denies any current MH complaints or concerns. Pt presented as cooperative and alert with eurythmic mood.   No signs of distress were present. Denied SI/HI. ATC explained.

MH MENTAL STATUS EXAM:

Appearance
Age:      Appears stated age
Stature:      Average height
Weight:      Avg weight
Clothing:      Appropriate
Grooming:      Normal
Posture/Gait:      Normal
Motor:      Unremarkable
Manner:      Cooperative

Condition of Cell      neat

Sensorium
Level of Consciousness:      Alert
Attention:      No problems
Concentration:      Normal
Orientation:      Oriented X 4
Recall / Memory:      No problem

Relating
Eye Contact:      Normal
Facial Expression:      Responsive
Attitude toward examiner:      Cooperative

MHS (10.2017)

Page 2 of 4

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Restrictive Housing Assessment**

Patient Name: BUNTION, CARL W
TDCJ#:993

Date:     10/12/2021 14:09
Facility:   POLUNSKY (TL)

Affect & Mood
    Affect:     Appropriate
    Mood:     Normal

Speech
    Speech Rate:     No problems
    Speech volume:     Normal
    Speech amount     Normal
    Speech articulation:     Clear

Thought
    Thought processing:     Coherent
    Thought content:     Appropriate to mood / circumstances
    Thought organization:     Logical, goal-directed
    Delusions:     None
    Preoccupations:     None
    Hallucinations:     None
    Perceptions:     No problems

Executive Functions
    Estimated intelligence:     Average
    Judgment:     Good
    Insight:     Aware of problems
    Abstraction:     Normal
    Decision making:     Normal
    Reality testing:     Normal

Adaptive Skills
    Coping ability:     Normal
    Skill deficits:     None

Social Functioning
    Social Support:     Adequate
    Social maturity:     Responsible
    Social judgment:     Normal

Risk to Self & Others
    Self-harm:     No self-harm
    Harm to others:     None

Objective:
    **Suicide Risk Assessment**
      **Is inmate reporting thoughts of self-harm?**
No "No"

A: Assessment/Diagnostic Impression: V71.09

P: Disposition
    Schedule in 90 days onsite
      Reminder Date:     01/08/2022
      To Do User Type:     QMHP
      To Do User:     KANTIS, CHANI
      Reminder Comment:     90

MHS (10.2017)

Page **3** of **4**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:23:54 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Restrictive Housing Assessment

Patient Name: BUNTION, CARL W                    Date:      10/12/2021 14:09
TDCJ#:993                                        Facility:  POLUNSKY (TL)

Reminder Created: MH OP 90 DAY RESTRICTIVE HOUSING ASSESSMENT

Caseload status:
    Not on caseload

MH encounter capture:
    MH OP 90-Day Restrictive Housing Assessment
    Patient Order Added: MH OP 90 DAY RESTRICTIVE HOUSING ASSESSMENT(F) Procedure Date: 10/12/2021
14:10:22 User: KANTIS, CHANI
**Restrictions / PULHES Data:**
**10/12/2021 14:10 - KANTIS, CHANI    MS, MHC Reviewed and Current No Changes Needed.**

Reminders Closed:

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MH OP 90 DAY RESTRICTIVE HOUSING ASSESSMENT | 10/11/2021 00:00 | 10/12/2021 14:10 | 90 day |

Electronically Signed by KANTIS, CHANI MS, MHC on 10/12/2021.
##And No Others##

Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:40:54 AM

### CORRECTIONAL MANAGED CARE
### CLINIC NOTES - NURSING

**Patient Name:** BUNTION, CARL W  **TDCJ#:** 993   **Date:** 05/08/2017 17:16   **Facility:** POLUNSKY (TL)
**Age:** 77 year  **Race:** W  **Sex:** male
**Most recent vitals from 4/27/2017:** BP: 221 / 76 (Sitting) ; Wt: 180 Lbs.; Height: 72 In.; Pulse: 80 (Sitting) ;
Resp: 20 / min; Temp: 98 (Oral) ; BMI: 24; O2 Sat:
*CURRENT* PEAK FLOWS: PF 1: ; PF 2: ; PF 3:
*PRIOR* PEAK FLOWS: PF1 : ; PF 2: ; PF 3:
**DOI:** 3/6/1991
**Allergies:** PENICILLINS, OPIOID ANALGESICS

| Patient Language: ENGLISH   Name of interpreter, if required: **N/A** |
|---|

**Current Medications:**

| | | |
|---|---|---|
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 10/09/2017 10:45:00AM |
| **CARVEDILOL 6.25MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM <br> REFILLS: 6 / 11 <br><br> EXPIRATION DATE: 11/05/2017 12:00:00PM |
| **IBUPROFEN 800MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 05/03/2017 05:35:40AM <br> REFILLS: 0 / 0 <br><br> EXPIRATION DATE: 5/27/2017 03:56:00PM |
| **LISINOPRIL 40MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 10/09/2017 10:46:00AM |
| **PRAVASTATIN 20MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM <br> REFILLS: 6 / 11 <br><br> EXPIRATION DATE: 10/09/2017 10:46:00AM |
| **VERAPAMIL 240MG SR TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: REILLEY, PAUL K | LAST DATE GIVEN KOP: 04/15/2017 09:18:37PM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 10/09/2017 10:45:00AM |

| IS THIS VISIT THE RESULT OF A SCR? | | YES |
|---|---|---|
| | **x** | NO |

| | Vital signs within normal limits |
|---|---|
| | Provider notified – vital signs outside of normal parameters as follows: |
| ■ | Blood pressure less than 90/60 or greater than 180/110 |

1 of 2

**CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING**

**Patient Name:** BUNTION, CARL W  **TDCJ#:** 993  **Date:** 05/08/2017 17:16  **Facility:** POLUNSKY (TL)

| | | |
|---|---|---|
| | | Pulse less than 50/min or greater than 110/min |
| | | Temperature greater than 101°F (oral) |
| | | Respirations greater than 22/min |

Patient seen cell side.  Refusal obtained for today's telehealth hep C clinic appointment.  Patient stands and walks with great difficulty.  Patient reports falling several times due to his back and leg pain.  Security reports having difficulty with patient ambulating to showers without "near fall" episodes.  Patient states that he did get a cortisone shot about 11 days ago and has not had any relief.  Patient requests wheel chair to get to and from his visits.
Patient to be scheduled to see provider at next available appointment.

**Provider Contacted?**

| | YES | x | NO |
|---|---|---|---|

If yes, complete the following:

| Name of Provider | | Time: | |
|---|---|---|---|
| Provider Orders: | | | |
| | | | |

| Orders obtained and read back/verified by: (Name) | |
|---|---|

Electronically Signed by BORELLA, MELONY L.V.N. on 05/08/2017.
Electronically Signed by O NEIL, BRENDA G. R.N. on 05/08/2017.
Electronically Signed by REILLEY, PAUL K. PA on 05/09/2017.
##And No Others##

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 5/8/2017 05:21PM | #NURSING LEVEL 2 COMPLETE VISIT (F) | nursing visit | | |

2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:40:55 AM

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

PART A: (To be completed by offender)

Offender's Name: BUNTION, CARL WAYNE

Date: MAY 15, 2017

TDCJ No.: 0XM 993

Work Assignment: _____

Work Hours: _____

Wing No: 12-BLDG, C-21          School Hours: _____

Service needed: ☒ Medical  ☐ Dental  ☐ Mental Health  ☐ Other: _____

Reason for Health Services Appointment: PINCHED NERVE IN BACK, HIP, LEFT LEG. DIFFICULTY IN WALKING. NEED WHEELCHAIR ASSISTANCE.

How long have you had this problem?  Hours: _____  Days: FIRST WEEK OF APRIL

"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."

_____
Signature of Offender

Part B:  (To be completed by medical personnel – Do not write below this line)

Medical Reply: NSC

_____
Medical Staff Member's Signature

MAY 1 8 2017
Date

HSA – 9 (Rev. 3/12)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Tuesday, October 26, 2021 11:40:55 AM

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

PART A: (To be completed by offender)                             Date: MAY 10, 2017

Offender's Name: BUNTION, CARL WAYNE                    TDCJ No.: 000993

Work Assignment:                                                                  Work Hours:

Wing No: C-21                                              School Hours:

Service needed: ☑ Medical  ☐ Dental  ☐ Mental Health  ☐ Other:

Reason for Health Services Appointment: PINCHED NERVE IN LEFT LEG PREVENTS ME FROM
WALKING, UNABLE TO WALK TO CLINIC.

How long have you had this problem?     Hours:                    Days: FIRST WEEK OF APRIL

"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand
that my trust fund account may be charged a $100 health care services fee. I also understand that I will be
provided access to health care services regardless of my ability to pay this fee."

Signature of Offender

Part B: (To be completed by medical personnel – Do not write below this line)

Medical Reply: _Scheduled at BP_                                         MAY 1 2 2017

_(signature)_
**Medical Staff Member's Signature**                            5-12-17
                                                                                        Date

HSA – 9 (Rev. 2/12)