IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CARL WAYNE BUNTION**, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 4:22-01104 *CAPITAL CASE* |
| **BOBBY LUMPKIN**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § | |

———————————————

**Motion for Leave to Proceed In Forma Pauperis**
———————————————

Mr. Buntion requests leave to proceed in forma pauperis. This Court previously found Buntion to be indigent and allowed him to proceed in forma pauperis in his previous habeas proceedings. *See, e.g.*, Order, Buntion v. Davis, 4:17-cv-02683, (S.D. Tex. June 11, 2018), ECF No. 7.

Respectfully submitted,

| s/ David R. Dow | s/ Jeffrey R. Newberry |
|---|---|
| _____ | _____ |
| David R. Dow | Jeffrey R. Newberry |
| Texas Bar No. 06064900 | Texas Bar No. 24060966 |
| University of Houston | University of Houston |
| Law Center | Law Center |
| 4170 Martin Luther King Blvd. | 4170 Martin Luther King Blvd. |
| Houston, Texas 77204-6060 | Houston, Texas 77204-6060 |
| Tel. (713) 743-2171 | Tel. (713) 743-6843 |
| Fax (713) 743-2131 | Fax (713) 743-2131 |

*Counsel to Carl Wayne Buntion, Petitioner*

**Certificate of Service**

I certify that on Wednesday, April 6, 2022, a copy of the foregoing pleading was electronically served on counsel for Respondent, Cara Hanna and Gwendolyn Vindell, via an email to carra.hanna@oag.texas.gov and gwendolyn.vindell2@oag.texas.gov.

s/ Jeffrey R. Newberry
_____
Jeffrey R. Newberry