United States District Court
Southern District of Texas
**ENTERED**
April 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARL WAYNE BUNTION, § § Petitioner, § § VS. § BOBBY LUMPKIN, § § Respondent. § § § § | CIVIL ACTION NO. 4:22-CV-01104 |

## ORDER

For the reasons outlined in the Court's Order on Dismissal (Docket Entry No. 8), Buntion's motion for a stay is **DENIED**. (Docket Entry No. 7).

It is so ORDERED.

SIGNED on April 18, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge